# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-14-00614-CV

**Atlas Dental, LP; Irma Cantu-Thompson, DDS, PC; Irma Cantu-Thompson; Dr. Richard F. Herrscher; Victor M. Zurita, DDS; MAN & CFN Ortho, PLLC, Navarro Orthidontix of Irving, PC, Navarro Orthodontix of Ft. Worth, PLLC; Navarro Orthodontix of McAllen, PLLC; Navarro Orthondotix of Edinburg, PLLC; Navarro Orthondontix, PC; Dr. Carlos F. Navarro; Westmoreland Dental, PA, Westmoreland Dental of Garland, PC; Westmoreland Dental and Orthodontics, PA; Scottie H. Nguyen, DDS; RGV Smiles by Rocky L. Salinas, DDS, PA; Dr. Rocky Salinas; Dr. Stephen Chu; and Dr. Hieu Huynh, Appellants**

v.

**The State of Texas and ACS State Healthcare, LLC, Appellees**

---

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 53RD JUDICIAL DISTRICT NO. D-1-GV-14-000581, HONORABLE STEPHEN YELENOSKY, JUDGE PRESIDING**

---

## M E M O R A N D U M   O P I N I O N

Appellants have filed an unopposed motion to dismiss the appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a).

_____

David Puryear, Justice

Before Justices Puryear, Pemberton, and Bourland

Dismissed on Appellants' Motion

Filed:  February 20, 2015